UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Okwuchukwu Jideofor, | Civ. No. 23-118 (JWB/ECW) |
| Plaintiff, | |
| v. | |
| Home Depot USA Inc, *Home Depot*, | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| Defendant. | |

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright dated March 27, 2023. (Doc. No. 4.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The March 27, 2023 Report and Recommendation (Doc. No. 4) is **ACCEPTED**;

2. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** to the extent it brings claims for fraud and negligence under Minnesota law; and

3.      Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE** to the extent it brings claims under 47 U.S.C. § 230 of the Communications Decency Act.

Date: April 24, 2023                                    *s/ Jerry W. Blackwell*
                                                        JERRY W. BLACKWELL
                                                        United States District Judge